Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street, Room 250
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2025 OCT 22 AM 10: 29

__Saharon Barnes__

*(Write the full name of each plaintiff or petitioner)*

Case No. 25 CV 3773

-against-

__Morgan & Morgan__

Letter re: __Exhibits__

*(Write the full name of each defendant or respondent)*

To whom may concern:

Personal injury Plaintiff should have recieve documents request without courts involvement!

Knowing to go to courts plaintiff should recieve #

Compensation!

(defendent sent blank saying if I want?)

Dated: 10/22/25

Signature: S—

Name: Saharon Barnes

Prison Identification # (if available):

Address: P.O. Box 183   City: Clarkston   State: Ga.   Zip Code: 30021

Telephone Number: 646-725-0586

E-mail Address: Nikeal98045@gmail.com

letter

Nikeal98045@gmail.com