UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAHARON BARNES,

                              Plaintiff,

              -against-

MORGAN & MORGAN.,

                              Defendants.

25 CIVIL 03773 (KMW)

## CIVIL JUDGMENT

For the reasons stated in the June 1, 2026, Order, the Court dismisses Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

        SO ORDERED.

Dated:    June 4, 2026, 2026
          New York, New York

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                   United States District Judge